Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15–18506–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Melissa S. Simone
aka Melissa Winsor
221 Oak Avenue
West Berlin, NJ 08091

Social Security No.:
xxx–xx–9678

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        9/13/18
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Flaster Greenberg, Trustee's Attorney

COMMISSION OR FEES
$2000.00

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: August 1, 2018
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-18506-ABA
Melissa S. Simone                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Aug 01, 2018
                              Form ID: 137         Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db              +Melissa S. Simone,    221 Oak Avenue,    West Berlin, NJ 08091-9181
aty             +Console Hollawell, PC,    Console Hollawell, PC,    525 Route 73 North,    Suite 117,
                 Marlton, NJ 08053-3422
aty             +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
cr              +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
515495975       +APEX ASSET MANAGEMENT,    1286 Carmichael Way,    Montgomery, AL 36106-3645
515495976       +ARS ACCOUNT RESOLUTION,    1801 NW 66th Ave Ste 200C,    Plantation, FL 33313-4571
515586307        ECMC,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
515527741       +HESSA,    PO Box 548,    Trenton, NJ 08625-0548
515495977       +NJHEA,    PO Box 548,    Trenton, NJ 08625-0548
515495979       +Shapiro & DeNardo,    14000 Commerce Parkway, Ste B,    Mt. Laurel, NJ 08054-2242
515495981      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Financial Services,    PO Box 9490,    Cedar Rapids, IA  52409)
515495983       +Virtua Health Center,    2 Brighton Road,    Clifton, NJ 07012-1645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 00:31:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 00:31:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515495978       +E-mail/Text: bknotifications@provident.com Aug 02 2018 00:32:34
                 Provident Funding Association,    1235 N Dutton Ave, Ste E,    Santa Rosa, CA 95401-4666
515495980       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 00:36:59      Synchrony Bank,    PO Box 530942,
                 Atlanta, GA 30353-0942
515495982       +E-mail/Text: bankruptcydepartment@tsico.com Aug 02 2018 00:32:14      Transworld Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                        TOTAL: 5


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P.
           anarcher@logs.com,    bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Charles G. Wohlrab    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Spec. Counsel    Console & Hollawell P.C.
           doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net

District/off: 0312-1            User: admin                Page 2 of 2              Date Rcvd: Aug 01, 2018
                               Form ID: 137                Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert H. Johnson    on behalf of Debtor Melissa S. Simone ecfmail@rhjlaw.com,
           r43974@notify.bestcase.com
                                                                                      TOTAL: 8