UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
DSS5141
Phone: 609-645-1881
Counsel for Chapter 7 Trustee

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

Melissa S. Simone,
            Debtor(s)

Case No.: 15-18506

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

### ORDER AUTHORIZING FINAL COMPENSATION OF FEES AND COSTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

6823894 v1

**(Page 2)**
**Debtor:** Melissa S. Simone
**Case No.:** 15-18506
**Caption of Order:** Order Authorizing Compensation of Final Fees And Costs

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Final Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326.

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANT | FEES |
| --- | --- |
| Flaster/Greenberg P.C. | $2,000.00 |

6823894 v1