UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
DSS5141
Phone: 609-645-1881
Counsel for Chapter 7 Trustee

IN RE:

Melissa S. Simone,
               Debtor(s)

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-18506

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

## ORDER AUTHORIZING FINAL COMPENSATION OF FEES AND COSTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

6823894 v1

**(Page 2)**
**Debtor:** Melissa S. Simone
**Case No.:** 15-18506
**Caption of Order:** Order Authorizing Compensation of Final Fees And Costs

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Final Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326.

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANT | FEES |
|---|---|
| Flaster/Greenberg P.C. | $2,000.00 |

United States Bankruptcy Court
District of New Jersey

In re:
Melissa S. Simone
    Debtor

Case No. 15-18506-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 13, 2018
                                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.
db          +Melissa S. Simone,    221 Oak Avenue,    West Berlin, NJ 08091-9181

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
         Andrew Thomas Archer    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P.
          anarcher@logs.com,   bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Charles G. Wohlrab    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P. cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
          nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
          dss@trustesolutions.net
         Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
          jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
         Douglas S. Stanger    on behalf of Spec. Counsel    Console & Hollawell P.C.
          doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
          jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
         Robert H. Johnson    on behalf of Debtor Melissa S. Simone ecfmail@rhjlaw.com,
          r43974@notify.bestcase.com
                                                                                                                                TOTAL: 8