Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  15–18506–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melissa S. Simone
   aka Melissa Winsor
   221 Oak Avenue
   West Berlin, NJ 08091

Social Security No.:
   xxx–xx–9678

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. on:

DATE:                November 8, 2018
TIME:                02:00 PM
LOCATION:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:              $74,000.00
TOTAL DISBURSEMENTS:         $64,899.21
BALANCE ON HAND:             $9,100.79

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Douglas S. Stanger, Trustee

COMMISSION OR FEES
Fees: $4,617.00

EXPENSES
$45.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 2, 2018
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 15-18506-ABA
Melissa S. Simone                                             Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: admin             Page 1 of 2        Date Rcvd: Oct 02, 2018
                            Form ID: 192            Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db            +Melissa S. Simone,    221 Oak Avenue,    West Berlin, NJ 08091-9181
aty           #+Console Hollawell, PC,    Console Hollawell, PC,    525 Route 73 North,    Suite 117,
               Marlton, NJ 08053-3422
aty           +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
cr            +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
515495975     +APEX ASSET MANAGEMENT,    1286 Carmichael Way,    Montgomery, AL 36106-3645
515495976     +ARS ACCOUNT RESOLUTION,    1801 NW 66th Ave Ste 200C,    Plantation, FL 33313-4571
515586307      ECMC,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
515527741     +HESSA,    PO Box 548,    Trenton, NJ 08625-0548
515495977     +NJHEA,    PO Box 548,    Trenton, NJ 08625-0548
515495978     +Provident Funding Association,    1235 N Dutton Ave, Ste E,    Santa Rosa, CA 95401-4666
515495979     +Shapiro & DeNardo,    14000 Commerce Parkway, Ste B,    Mt. Laurel, NJ 08054-2242
515495981     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 9490,    Cedar Rapids, IA  52409)
515495983     +Virtua Health Center,    2 Brighton Road,    Clifton, NJ 07012-1645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515495980     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:41     Synchrony Bank,    PO Box 530942,
               Atlanta, GA 30353-0942
515495982     +E-mail/Text: bankruptcydepartment@tsico.com Oct 02 2018 23:38:50     Transworld Systems,
               507 Prudential Road,    Horsham, PA 19044-2308
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P.
           anarcher@logs.com,    bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Charles G. Wohlrab    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
```

District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Oct 02, 2018
                             Form ID: 192              Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas S. Stanger    on behalf of Spec. Counsel   Console & Hollawell P.C.
          doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
          jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          Robert H. Johnson    on behalf of Debtor Melissa S. Simone ecfmail@rhjlaw.com,
          r43974@notify.bestcase.com
                                                                              TOTAL: 8