UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

MELISSA S. SIMONE

Debtor.

Case No. 15-13506(ABA)

Chapter 7 -- Liquidation

**Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**DATED: November 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:**  Melissa S. Simone
**Case No.:** 15-18506-ABA
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs

_____

**THAT** the sum of $4,617.00 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $45.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.