UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: :
:
MELISSA S. SIMONE : Case No. 15-18506-ABA
:
: Chapter 7 -- Liquidation
:
Debtor. :
:

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this ____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**DATED: November 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 15-18506-ABA    Doc 73    Filed 11/10/18    Entered 11/11/18 00:33:07    Desc Imaged
Unsigned Order Awarding Trustee's Compensation and Expenses    Page 2 of 2
Case 15-18506-ABA    Doc 69    Filed 10/19/01    Entered 10/19/01 00:13:40    Desc
Certificate of Notice    Page 2 of 3

**(Page 2)**
**Debtor:** Melissa S. Simone
**Case No.:** 15-18506-ABA
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs

___

**THAT** the sum of $4,617.00 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $45.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Melissa S. Simone  
　　　Debtor

Case No. 15-18506-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin                Page 1 of 1                  Date Rcvd: Nov 08, 2018
                        Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db           +Melissa S. Simone,    221 Oak Avenue,    West Berlin, NJ 08091-9181

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P.
               anarcher@logs.com,    bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Charles G. Wohlrab    on behalf of Creditor    PROVIDENT FUNDING ASSOCIATES, L.P. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Spec. Counsel    Console & Hollawell P.C.
               doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert H. Johnson    on behalf of Debtor Melissa S. Simone ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
                                                                                             TOTAL: 8