UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
|  | Hearing Date: | _____ |
|  | Judge: | _____ |

## NOTICE OF STATUS CONFERENCE
## RE CHAPTER 7 REPORT

**TO:** TRUSTEE and UNITED STATES TRUSTEE

It appearing that a:

- ❏ Trustee's Report of No Distribution or Notice of Assets
- ❏ Trustee's Final Report
- ❏ Trustee's Post Distribution Report

has not been filed in this case, you are hereby notified that a Status Conference will be held on:

DATE: _____
TIME: _____
COURTROOM: _____
LOCATION: _____
_____

A STATUS REPORT MUST BE FILED WITH THE CLERK NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING.

**APPEARANCES ARE:**

- ❏ Required.
- ❏ Not required if Report is filed.

*new. 8/1/07*